FILED 31 AUG '11 14:18 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

DIANNA ZAMORA,                                    Case No. CV 10-583 JE

       Plaintiff,

                                   OPINION AND ORDER

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

       Defendant.

_____

REDDEN, District Judge:

      On June 29, 2011, Magistrate Judge John Jelderks issued his Findings and

Recommendation (doc.19) in this case, recommending that the court affirm the decision of the

Commissioner, and dismiss this action with prejudice.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rules of

PAGE 1 - OPINION AND ORDER

Civil Procedure 72(b) and 54(d)(2)(D). The magistrate judge makes recommendations to the district court, and any party may file written objections to those recommendations. 28 U.S.C. § 636(b)(1)(C). When a party timely objects to any portion of the magistrate's Findings and Recommendation, the district court must conduct a <u>de novo</u> review of the portions of the Findings and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The district court may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate with instructions." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The district court is not required to review <u>de novo</u> the factual and legal conclusions to which the parties do not object. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003).

Plaintiff filed objections to Magistrate Judge Jelderks's Findings and Recommendation. I have, therefore, given those portions of the Findings and Recommendation <u>de novo</u> review. I agree with Magistrate Judge Jelderks's analysis and conclusions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE 2 - OPINION AND ORDER

Plaintiff asserts the same arguments addressed by the Magistrate Judge.  Accordingly, I adopt the Findings and Recommendation as my own opinion.  I affirm the decision of the Commissioner, and DISMISS this action with prejudice.

IT IS SO ORDERED.

DATED this **29** day of August, 2011.

Malcolm F Marsh for

James A. Redden
U.S. District Court Judge

PAGE 3 - OPINION AND ORDER